Ex 1

6/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,     CONSENT TO PROCEED BEFORE
                              A UNITED STATES MAGISTRATE
         v.                   JUDGE ON A FELONY PLEA
                              ALLOCUTION
CLARA SOTO
                              Docket Number  07CR426
         Defendant.

------------------------------------------------------------x

The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed. R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this **20th** day of **June**, **2007**, at the White Plains Courthouse, White Plains, New York.

x _Clara Soto_____          x _[signature]_____
    Defendant                        Attorney for Defendant

                                 Accepted by: _[signature]_____
                                    Lisa Margaret Smith
                                    United States Magistrate Judge
                                    Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____